IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT ROBINSON,<br>    **Plaintiff** | :<br>:<br>: |
| v. | :    **CIVIL ACTION NO. 21-CV-2875** |
| | : |
| FREEMAN, MATHIS &<br>GARY LLP, *et al.*,<br>    **Defendants** | :<br>:<br>: |

### ORDER

AND NOW, this 13th day of July, 2021, upon consideration of Plaintiff Albert Robinson's *pro se* Complaint (ECF No. 2), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that:

1. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Middle District of Georgia.

2. The Motion to Proceed *In Forma Pauperis* (ECF No. 1) shall remain the discretion of the transferee court.

BY THE COURT:

_____
GENE E.K. PRATTER, J.